UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-51-BO

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| --- | --- |
| v. | MOTION TO SEAL |
| BRIAN LYNN WYNN | MOTION TO CONTINUE SENTENCING |

On motion of the Defendant, Brian L. Wynn, and for good cause shown, it is hereby ORDERED that the "Motion to Continue Sentencing" be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that a public "Motion to Continue Sentencing" may compromise the integrity of an ongoing investigation. It is further ORDERED that the Defendant's "Motion to Continue Sentencing", for the same good cause shown, be filed under seal.

Accordingly, it is ORDERED that the document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

So ORDERED, this ___ day of January, 2011.

TERRENCE W. BOYLE
United States District Judge