IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-51-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRIAN LYNN WYNN | ) | |

This matter is before the Court upon defendant's request to the Federal Bureau of Prisons (BOP) that his federal sentence be served concurrently with a North Carolina state term of imprisonment and the BOP's request for the Court's position with respect to a retroactive designation. It is the Court's intention that defendant's federal sentence be concurrent with his state term of imprisonment.

Due to the foregoing, the motion before this Court related to this request [DE 44] is DENIED AS MOOT.

SO ORDERED, this 23 day of July, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE