UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brian Lynn Wynn                                             Docket No. 7:10-CR-51-1BO

### Petition for Action on Supervised Release

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brian Lynn Wynn, who, upon an earlier plea of guilty to Possession of Firearms by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 19, 2011, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Brian Lynn Wynn was released from custody on November 13, 2022, at which time the term of supervised release commenced.

On June 16, 2023, a revocation hearing was conducted in the defendant's case. At that time, the court ordered the defendant committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days with credit for time served and the supervised release term heretofore granted be continued under the previously ordered conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

This officer had a conversation with the defendant about his previous substance abuse and mental health history. The defendant indicated he might benefit from a program of mental health and substance abuse counseling, and it was agreed that placing him in substance abuse and mental health treatment would be beneficial. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Brian Lynn Wynn
Docket No. 7:10-CR-51-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jared Britt
Jared Britt
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2549
Executed On: October 2, 2023

## ORDER OF THE COURT

Considered and ordered this __3__ day of __October__, 2023, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge